IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVETTE MADISON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CRIMINAL JUSTICE CENTER, et al. | : | NO. 13-6551 |

FILED
NOV 14 2013
MICHAEL... Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this /4 day of November, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and her pro se complaint, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.